

**ORDERED in the Southern District of Florida on April 16, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

JO ANN FEINDT                                    Case No: 19-12878-EPK
MARILYN ANN PAUL                         Chapter 13
      Debtors          /

**AGREED ORDER SUSTAINING DEBTORS' OBJECTION
TO CLAIM #2 FILED BY QUICKEN LOANS, INC.**

**THIS MATTER** is scheduled for hearing before the Court on May 13, 2019 at 1:00 P.M., for hearing on Debtors' Objection to Claim #2 filed by Quicken Loans, Inc. (DE #16; the "Objection"). The Court, having reviewed the Objection, and there being an agreement between the parties, finds that good cause exists to grant the Objection. It is therefore **ORDERED:**

1.      The Objection to Claim #2 is **SUSTAINED**.

2


2. Claim #2 filed by Quicken Loans, Inc. is allowed but shall receive no distribution from the Trustee.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*